UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DONNIE D. SMITH                                                                                          PLAINTIFF

v.                                       No. 5:21-CV-05155

LAWRENCE COUNTY, MO, et al.                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, Plaintiff's claims against Defendants Washington County, Arkansas and Joseph Wood are DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 24th day of January, 2022.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE